UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE FLORES, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-07-236 |
| | § | |
| MARC MOORE, *et al*, | § | |
| | § | |
| Respondents. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
### TO GRANT RESPONDENTS' MOTION TO DISMISS

On November 9, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that respondents' motion to dismiss (D.E. 22) be granted and that petitioner's habeas petition (D.E. 1) be dismissed. On December 6, 2007, petitioner filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that respondents' motion to dismiss is granted and petitioner's habeas petition is dismissed.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 20th day of December, 2007.

_____
Janis Graham Jack
United States District Judge